IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK HOWARD,

                Plaintiff,

    v.

JEFF SUPRENAND, J. KEYS and J. KITZMAN,

                Defendants.

ORDER

09-cv-75-slc

---

    Plaintiff Derrick Howard has been proceeding pro se on Eighth Amendment claims against defendants Jeff Suprenand, J. Keys and J. Kitzman.  In a June 4, 2010 order, I granted plaintiff's motion for appointment of counsel and stayed further proceedings in order to locate counsel for plaintiff.

    Catherine Cetrangolo and Andrew DeClercq, members of the Wisconsin Bar, have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services.  It is this court's intention that the appointment of these attorneys to represent plaintiff extend to proceedings in this court only.[1]

    Plaintiff should understand that because I am appointing counsel to represent him, no longer may he communicate directly with the court.  He must work directly with his lawyers and must permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form.  Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes.  He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them, and he should understand that it is highly unlikely that this court would appoint

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

another lawyer to represent him if plaintiff chooses not to work with these lawyers. The court will schedule a status conference to re-set the schedule in this lawsuit.

ORDER

IT IS ORDERED that Catherine Cetrangolo and Andrew DeClercq are appointed to represent plaintiff in this case. All proceedings in this case are STAYED pending a status conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 26th day of August, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge